IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 22-CR-1037 |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL LYNN ASHFORD and ) | |
| JENISE COLVIN, ) | |
| ) | |
| Defendants. ) | |

## LOCAL CRIMINAL RULE 7 STATEMENT

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the difference between the original indictment and the superseding indictment.

<u>Case Caption</u>: Added Jenise Colvin as defendant

<u>Counts 5</u>: New charge as to defendants Ashford and Colvin, Conspiracy to Tamper with a Witness, 18 U.S.C. §§ 371, 1512(b)

<u>Count 6</u>: New charge as to defendant Colvin, Tampering with a Witness, 18 U.S.C. §§ 1512(b)(1), 1512(b)(3), 2

<u>Count 7</u>: New charge as to defendant Ashford, Tampering with a Witness, 18 U.S.C. §§ 1512(b)(1), 1512(b)(3)

<mark>1</mark>

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, *Nicole Nagin*

NICOLE L. NAGIN
Special Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Nicole.Nagin@usdoj.gov